# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 23, 2024
Lyle W. Cayce
Clerk

No. 23-50167

Children's Health Defense; Deborah L. Else; Sacha Dietrich; Aimee Villella McBride; Jonathan Shour; Rebecca Shour,

    *Plaintiffs—Appellants*,

versus

Food & Drug Administration; Robert M. Califf,

    *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:22-CV-93

_____

Before Jones, Haynes, and Douglas, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED for lack of jurisdiction.

No. 23-50167

IT IS FURTHER ORDERED that Appellants pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.